IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| TONY A. WADE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:17-CV-705 |
| | ) | |
| TRANSPORT REFRIGERATION SERVICES, et al., | ) ) ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

The Recommendation of the United States Magistrate Judge was filed in accordance with 28 U.S.C. § 636(b) and, on February 15, 2018, was served on the parties. Docs. 36, 37. No objections were filed. After consideration of the record, the Court hereby adopts the Magistrate Judge's Recommendation.

For the reasons stated by the Magistrate Judge, it is **ORDERED** that the motion to dismiss filed by John Gerber is **GRANTED** pursuant to 28 § 1915(e)(2).

This the 15th day of March, 2018.

_____
UNITED STATES DISTRICT JUDGE